[FILED stamp: JUL 24 2012, CLERK U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-818 GHK |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Julio Rodriguez Alvarado, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A) (✓) the appearance of defendant as required; and/or

    (B) (✓) the safety of any person or the community.

//

//

1     The court concludes:
2  A.   ( ) Defendant poses a risk to the safety of other persons or the community
3        because defendant has not demonstrated by clear and convincing
4        evidence that:
5        _he can remain crime free_____
6        _____
7        _____
8        _____
9
10 (B)  (✓) Defendant is a flight risk because defendant has not shown by clear
11       and convincing evidence that:
12       _prior history_____
13       _____
14       _____
15       _____
16
17     IT IS ORDERED that defendant be detained.
18
19 DATED: __7/24/12__
20
21
22              /s/
23       _____
         STEPHEN J. HILLMAN
         UNITED STATES MAGISTRATE JUDGE

2